JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MORGAN STANLEY SMITH BARNEY LLC,<br><br>      Petitioner,<br><br>v.<br><br>ERNESTO GONZALEZ MADERO,<br><br>      Respondent. | CASE NO. 2:14-cv-07553-AB-FFM<br><br>**[PROPOSED] JUDGMENT CONFIRMING ARBITRATION AWARD** |

On September 29, 2014, Petitioner Morgan Stanley Smith Barney LLC ("MSSB") filed in this Court a petition under the Federal Arbitration Act, 9 U.S.C. § 1 *et seq*. (Dkt. No. 1) to confirm an arbitration award entered by the National Futures Association in favor of MSSB and against Respondent Ernesto Gonzalez Madero (the "Award"). MSSB also sought to have this Court enter a final judgment on the Award.

On June 23, 2015, this Court, having considered the submissions and briefing submitted by MSSB and by Respondent, granted MSSB's petition to confirm the Award and concluded that MSSB is entitled to entry of final judgment on the Award (Dkt. No. 24).

This Court has personal jurisdiction over the parties and jurisdiction over the subject matter. Respondent received notice of this action and filed a waiver of service of summons (Dkt. No. 14). Respondent appeared in this action and was represented by counsel (Dkt. No. 16).

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by the Court that the Award is confirmed, and that MSSB have Final Judgment on the Award as follows:

1. Final Judgment is entered for Morgan Stanley Smith Barney LLC on its claim against Ernesto Gonzalez Madero, and Morgan Stanley Smith Barney LLC shall recover from Ernesto Gonzalez Madero the amount of $2,038,067.83, for which let execution issue forthwith and all post-judgment writs issue forthwith.[1]

2. This Final Judgment shall bear post-judgment interest until paid, at the rate provided by law pursuant to 28 U.S.C. § 1961, and shall be enforceable in accordance with Federal Rule of Civil Procedure 69 and 28 U.S.C. §§ 1962 & 1963.

---

[1] This total includes: (1) the Award amount of $2,038,067.83; (2) post-Award, pre-judgment interest in the amount of $174,938.89 (calculated pursuant to N.Y. C.P.L.R. § 5004) plus per diem interest since August 28, 2015; and (3) $991.92 in costs incurred by MSSB in confirming the award.

3. Final Judgment is entered for Morgan Stanley Smith Barney LLC on Ernesto Gonzalez Madero's counterclaims.

4. The address of Respondent Ernesto Gonzalez Madero against whom this Final Judgment is entered is: Amador Cárdenas 484, Colonia Los Angeles, Torreón, Coahuila 27140 Mexico.

5. The address of Petitioner Morgan Stanley Smith Barney LLC in whose favor this Judgment is entered and who has a lien as a result of this Final Judgment is: 1200 Four Seasons Tower, 1441 Brickell Avenue, Miami, Florida 33131 (attention: Peter W. Homer, Esq.).

6. All executions, writs, and processes for the enforcement and collection of this Final Judgment or the costs of court shall issue forthwith.

7. The Court retains jurisdiction to issue letters rogatory or further orders that may be necessary and proper for the domestic or international enforcement of this Final Judgment.

**IT IS SO ORDERED.**

Dated: September 3, 2015

_____
Hon. André Birotte Jr.
United States District Judge